US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 19 2020

DOUGLAS F. YOUNG, Clerk
By
_____
Deputy Clerk

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

| | |
|---|---|
| United States of America<br>v.<br><br>Brett Edward Gough<br>*Defendant* | ) <br> ) Case No. 5:20MJ-5021-001 <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the Complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT ONE

On or about September 9, 2019, in the Western District of Arkansas, Fayetteville Division and elsewhere, the Defendant, Brett Edward Gough, did knowingly receive a visual depiction that had been mailed and shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18 U.S.C. § 2252(a)(2)(A)(B).

### COUNT TWO

On or about June 16, 2020, in the Western District of Arkansas, Fayetteville Division and elsewhere, the Defendant, Brett Edward Gough, did knowingly distribute a visual depiction that had been mailed and shipped and transported in interstate and foreign commerce and which contained materials that had been mailed and shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18 U.S.C. § 2252(a)(2)(A)(B).

This Criminal Complaint is based on these facts:

■ Continued on the attached sheet.

_____
*Complainant's Signature*

Gerald Faulkner, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 19, 2020

_____
*Judge's signature*

City and State: Fayetteville, Arkansas

Erin L. Wiedemann Chief United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Gerald Faulkner, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), currently assigned to the Assistant Special Agent in Charge Office in Fayetteville, Arkansas. I have been so employed with HSI since April, 2009. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, online enticement, transportation, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2251A, 2422(b), 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18, United States Code, Section 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants and arrest warrants, a number of which involved child exploitation and/or child pornography offenses. This Affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2. This Affidavit is intended to set forth probable cause in support of a two-count criminal complaint to be authorized and a warrant to be issued for the arrest of Brett Edward GOUGH (GOUGH), a resident of Fayetteville, Arkansas.

3. Based on the facts set forth in this Affidavit in support of the Complaint, your Affiant has probable cause to believe that on or about June 16, 2020, in the Western District of Arkansas, Fayetteville Division, GOUGH violated Title 18 United States Code, Section 2252(a)(2)(A)(B) (Distribution of Child Pornography) and on or about September 9, 2019, in the

Western District of Arkansas, Fayetteville Division, GOUGH violated Title 18, United States Code, Section 2252(a)(2)(A)(B) (Receipt of Child Pornography).

4.  I have set forth only those facts which I believe are necessary to establish probable cause.

## PROBABLE CAUSE

5.  In June 2020, your Affiant received Cyber Tip Line Report Number 72636241 from the National Center for Missing and Exploited Children (NCMEC) in reference to media files containing what was believed to be child pornography being uploaded onto Dropbox, Inc. online storage services. Dropbox, Inc. provided the Cyber Tip Line with the following information of the user being reported:

**Incident Type**: Child Pornography (possession, manufacture, and distribution)
**Incident Time**: May 22, 2020 at 11:58:30 UTC
**Email Address**: brettedward@me.com (Verified)
**Number of Uploaded Files**: 6

6.  Your Affiant viewed the files linked to the Cyber Tip Line Report and determined all of them to in fact contain child pornography. In August 2020, your Affiant again viewed these files and described one (1) of these videos files as follows:

**File Name: Done.mp4**

This video is 3:18 in length and depicts two minor boys, approximately ten (10) to twelve (12) years of age, completely naked with their penises exposed to the camera. The video then shows both of the minor boys laying on a bed together and performing oral sex upon each other.

7.  An Internet search on the origin of the login IP address associated to the uploaded videos of child pornography found it to be issued to the Internet service provider Cox Communications with a geo-location of Fayetteville, Arkansas. Documents received on or about

October 6, 2020 from Cox Communications in reference to the IP address identified it as being assigned to Brett E. GOUGH, with an "Active" account in Fayetteville, Arkansas.

8. In September 2020, your Affiant sought and obtained a federal search warrant (5:20CM70) for the data contained within the Dropbox, Inc. account of brettedward@me.com. On or about September 17, 2020, your Affiant received and reviewed Dropbox, Inc. returned documents related to the brettedward@me.com account. Additional videos of child pornography, aside from the files flagged in the Cyber Tip Line Report, were located within the storage application associated to GOUGH.

9. On October 15, 2020, a federal search warrant (5:20CM71) was executed at GOUGH's residence located in Fayetteville, Arkansas. During a post-Miranda interview, GOUGH admitted to utilizing the email account of brettedwards@me.com and to also previously having a Dropbox, Inc. profile which had been terminated by the company in summer 2019 (timeframe of NCMEC incident report). Additionally, GOUGH was asked if the H.S.I. Computer Forensic Analysts were going to find anything (child pornography) on his electronic devices located within his residence to which he nodded in the affirmative and responded, "my phone". GOUGH stated he had accessed or acquired the child pornography on the Kik social media application and on occasion from the Twitter social media platform. When questioned where after acquiring images/videos of child pornography would he save the files, GOUGH responded within his Dropbox account. GOUGH was asked if he has ever shared the contents of his Dropbox account, while it contained child pornography, with anyone else to which he replied, "yes".

10. It was further explained to GOUGH that, based on his admissions to having created and utilized the Dropbox, Inc. account associated to the Cyber Tip Line Report, your Affiant wanted to go through some of the videos contained within the report to determine where he

obtained the files on the internet. GOUGH agreed and was then shown videos flagged through his brettedward@me.com account. One of the video files containing child pornography reviewed with GOUGH was the video titled "**Done.mp4**" which was described in paragraph 6 of this Affidavit. GOUGH stated the children depicted in the video did not reside in his apartment complex nor was the media produced by him. When asked how old he thought the minor males were in the media file, GOUGH replied "maybe like eight (8)".

11. In November 2020, forensic examinations conducted on GOUGH's seized electronic devices revealed numerous chat conversations on social media applications with other, unknown at this time, online users. One of the conversations reviewed between GOUGH and a user "Justin" which occurred between approximately May 24, 2020 and August 7, 2020 contained alarming verbiage with attached images of minors suggesting GOUGH has sexually molested or attempted to sexually molest minors in the past. Excerpts of interest to the ongoing investigation between GOUGH and "Justin" are as follows:

| | | |
|---|---|---|
| "**Brett**" | - | That would be so hot. I'm off Friday but I have to go see my sister and [minor male relative 1]. She went to my parents |
| "**Brett**" | - | My [minor male's] little ass tho |
| "**Brett**" | - | *Image sent of the back side of a prepubescent child, approximately six (6) months to one (1) year of age wearing only a diaper* |
| "Justin" | - | Fuckkkk |
| "**Brett**" | - | I took his pacifier, rubbed it on my dick and balls, and then gave it to him |
| "Justin" | - | Oh fuck that's awesome |
| "**Brett**" | - | Hot wish I could have done more than that though haha |

*BREAK*

| | | |
|---|---|---|
| "Justin" | - | Watching you stretch out that pussy would be heaven. How old would you start her |

| | | |
|---|---|---|
| "**Brett**" | - | She can learn to suck it instead of her pacifier. When she is about 4 I can use her pussy |

*BREAK*

| | | |
|---|---|---|
| "**Brett**" | - | Damn, he railed that baby haha |
| "Justin" | - | Right lol. Skull fractures, like fuck. He shoved it in deep. |
| "**Brett**" | - | That's hot tho, I wonder if he came down his little throat |

*BREAK*

| | | |
|---|---|---|
| "**Brett**" | - | So I'm visiting family, my [minor male relative 2] is over here. I took my dog out and he wanted to come with. I peed outside to see if he would look. He looked over and saw my dick |
| "**Brett**" | - | *Image sent of an approximate six (6) to eight (8) year old male laying on a sofa with his shirt off* |
| "**Brett**" | - | I so badly wanted to tell him to play with it |

12. Review of these chat conversations also revealed numerous images of what your Affiant knows to be child pornography both received and distributed by GOUGH. For example, on June 16, 2020, GOUGH distributes an image of child pornography to "Justin" through the social media application Telegram. Your Affiant has viewed the image and describes it as follows: *a prepubescent male approximately one (1) to three (3) years of age completely naked with his penis exposed to the camera. There is an adult male's penis seen resting on the anus of the prepubescent male.* During this review, your Affiant determined that this image is child pornography, as defined in Title 18, United States Code, Section 2256.

13. Additional review of online chat conversations through the Telegram social media application revealed on September 9, 2019, GOUGH received an image of child pornography from a user identified only as "859949401". Your Affiant has viewed the image and describes it as

follows: a screenshot image of a video depicting a two (2) to five (5) prepubescent male with his penis exposed to the camera and what appears to be ejaculate on the thigh. During this review, your Affiant determined that this image is child pornography, as defined in Title 18, United States Code, Section 2256. The chat conversation shows GOUGH replied, "That was so hot" after the image was sent by user "859949401."

14. Based on the information contained in this Affidavit, your Affiant respectfully requests that a two-count Complaint be authorized charging Brett Edward GOUGH with violating Title 18, United States Code, Section 2252(a)( (Distribution of Child Pornography) and Title 18, United States Code, Section 2252 (Receipt of Child Pornography) within the Western District of Arkansas, Fayetteville Division. Your Affiant seeks the issuance of an arrest warrant for Brett Edward GOUGH based on the Complaint.

Gerald Faulkner, Special Agent
Homeland Security Investigations

Affidavit subscribed and sworn to before me this 19th day of November 2020

Erin L. Wiedemann
Chief United States Magistrate Judge